Docket # 3:17-cr-00573-D(1)

Dear Judge Fitswater,

RECEIVED
MAY 27 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

5/18/25

My name is Crystal Sharkey 56588-177. Im writing the courts because I sent a 2255 motion to the courts and im not even sure if that was the right thing to do. What Im trying to do is ask the courts to please provide me with some type of proof that when I got sentence that you took the 2 point gun enhancement off and recommend me RDAP. All the BOP see is that its in my PSI so they are telling me that I am ineligible for 18 U.S.C. § 3621 (e)(2)(B). This is the last step of me being here in prison I have took multiple program and have done everything the courts has asked me to do to be a better person. I would like the whole benefit of RDAP. When I complete the program. Thank You for your time

Crystal Sharkey
56588-177



| Individualized Needs Plan - Program Review (Inmate Copy) | SEQUENCE: 02132989 |
|---|---|

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: SHARKEY, CRYSTAL LEANN  56588-177

**Team Date: 01-24-2025**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-17-2018 |
| CARE2 | STABLE, CHRONIC CARE | 04-13-2023 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 08-03-2021 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-28-2021 |
| YES F/S | CLEARED FOR FOOD SERVICE | 10-28-2021 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP QUAL | RESIDENT DRUG TRMT QUALIFIED | 10-24-2024 |
| ED COMP | DRUG EDUCATION COMPLETE | 10-25-2019 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 07-22-2024 |

*Code Needs Adjustment as per Mgistrate Judge or Sentencing Judge*

**FRP Payment Plan**

Most Recent Payment Plan

**FRP Assignment:** **COMPLT** **FINANC RESP-COMPLETED** **Start: 06-19-2020**

Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**

Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**FRP Deposits**

Trust Fund Deposits - Past 6 months:  $2,784.41   Payments commensurate ?   Y

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 10-28-2022 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 01-17-2025 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 01-17-2025 |
| N-COGNTV Y | NEED - COGNITIONS YES | 01-17-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC N | NEED - EDUCATION NO | 01-17-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 01-17-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 01-17-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-17-2025 |
| N-MEDICL Y | NEED - MEDICAL YES | 01-17-2025 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 01-17-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 01-17-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 01-17-2025 |
| N-WORK N | NEED - WORK NO | 01-17-2025 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 01-17-2025 |

**Progress since last review**

Initial RDAP Team. Your FSA needs are listed on your team sheet.
Last Team: Participate in Anger Management to address FSA Anger/Hostility Need.
Update: You are still on the waiting list for Anger Management (04/08/2021).
Continue to wait on the FSA course because you still have the FSA need.

**Next Program Review Goals**

Next Team: 07/15/2025.
Continue to wait on the Anger Management course for your FSA Anger/Hostility need.

**Long Term Goals**

Exhibit B





C. SHARKEY #56588-177
Federal Prison Camp
P.O. Box 2149
Bryan TX 77805

Legal

HOUSTON TX RPDC 773

20 MAY 2025 PM 5 L

RECEIVED
MAY 2 7 2025
CHAMBERS OF
JUDGE FITZWATER

56588-177
Fitzwater Judge
1100 Commerce ST
Dallas, TX 75242
United States

75242-102799

RECEIVED
MAY 2 7 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY

PURPLE HEART